BRUCE SCOTT DICKINSON, ESQ.
Nevada Bar No. 002297
**THORNDAL, ARMSTRONG, DELK,**
**BALKENBUSH & EISINGER**
1100 E. Bridger Avenue
Las Vegas, NV 89101
TEL: (702) 366-0622
FAX: (702) 366-0327
email: bsd@thorndal.com

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DANIEL WALTERS,<br><br>               Plaintiff,<br><br>vs.<br><br>DREW ELLIOT MARSHALL, an Individual; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>               Defendants. | CASE NO. 2:21-cv-02014-JCM-VCF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PRJUDICE** |

    IT IS HEREBY STIPULATED AND AGREED, by and between DANIEL WALTERS and DREW ELLIOT MARSHALL, by and through their respective attorneys of record, that the above-entitled action be dismissed with prejudice. Each party to bear their own costs and fees.

...

...

...

1

It is also stipulated that any and all pending discovery and pre-trial deadlines be vacated.

Dated this 1st day of February, 2023

**THORNDAL, ARMSTRONG, DELK, BALKENBUSH & EISINGER**

By: _____
BRUCE SCOTT DICKINSON, ESQ.
Nevada Bar No. 002297
1100 E. Bridger Avenue
Las Vegas, NV 89101
TEL: (702) 366-0622 / Fax: (702) 366-0327
email: bsd@thorndal.com
Attorneys for Defendant

Dated this 1st day of Feb, 2023

**MOSS BERG INJURY LAWYERS**

By: _____
Marcus A. Berg, Esq.
Nevada Bar No. 009760
4101 Meadows Land, Suite 110
Las Vegas, NV 89107
T: 702-222-4555 / F: 702-222-4556
marcus@mossberglv.com
Attorneys for Plaintiff

## ORDER

**IT IS SO ORDERED** this 3rd day of February, 2023.

_____
U.S. DISTRICT COURT JUDGE

Submitted By:

_____
BRUCE SCOTT DICKINSON, ESQ.
Nevada Bar No. 002297
**THORNDAL, ARMSTRONG, DELK, BALKENBUSH & EISINGER**
1100 E. Bridger Avenue
Las Vegas, NV 89101
TEL: (702) 366-0622
Fax: (702) 366-0327
email: bsd@thorndal.com

Attorneys for Defendant